# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sandeep Singh,<br><br>　　　　Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>　　　　Respondents. | No. CV-26-00517-PHX-SHD (JFM)<br><br>**ORDER** |

On January 28, 2026, the Court granted Petitioner's Petition under § 2241 and directed Respondents to provide Petitioner a bond redetermination hearing within ten days. (Doc. 4.)  The Court granted Respondents' extension of time until February 19, 2026 to comply with the January 28, 2026 Order.  (Doc. 13.)  On February 24, 2026, Petitioner filed a Motion to Compel seeking his release from detention arguing "Respondents have blatantly violated this Court's order requiring that they provide Petitioner with a bond hearing consistent with due process that complies with the applicable statute and regulations." (Doc. 16 at 6.)

Petitioner argues *Martinez v. Clark*, 124 F.4th 775 (9th Cir. 2024), "instructs the District Court to review a bond determination for abuse of discretion."  That is incorrect.  The Court cannot simply evaluate whether the Immigration Judge, in the Court's view, abused her discretion in denying bond.  Rather, *Martinez* held that district courts retain jurisdiction to consider claims that the legal framework governing detention fails to provide the process due under the Constitution.  *Martinez*, 124 F.4th at 781.  And while Petitioner

argues "[the Immigration Judge's] finding of flight risk is not based on the evidence Petitioner presented to the Court[,]" that argument alone is insufficient to establish this Court has jurisdiction to review whether "[t]he evidence before the IJ failed, as a matter of law, to prove flight risk or danger." *Judulang v. Chertoff*, 562 F. Supp. 2d 1119, 1127 (S.D. Cal. 2008). Petitioner may, therefore, supplement his motion to explain the basis for this Court's jurisdiction to review the bond determination and the facts the Immigration Judge relied on to deny bond and why those facts are insufficient as a matter of law to deny bond based on flight risk.

**IT IS THEREFORE ORDERED** Petitioner may supplement his motion to compel no later than **March 3, 2026**.

Dated this 25th day of February, 2026.

_____
Honorable Sharad H. Desai
United States District Judge